# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRIA ILENE KABITZKE on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CENTRO DE SALUD DE LA COMUNIDAD DE SAN YSIDRO d/b/a SAN YSIDRO HEALTH, a California corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 3:22-cv-01752-H-BGS<br><br>**ORDER REQUIRING PARTIES TO FILE JOINT STATUS REPORT** |

On December 12, 2022, the Court granted Defendant Centro de Salud de La Comunidad de San Ysidro d/b/a San Ysidro Health's motion to compel arbitration and ordered the parties to proceed to arbitration in accordance with the terms of the agreement. (Doc. No. 5.) The Court also continued all dates pending the completion of arbitration. (Id.) On September 11, 2023, the parties represented to the Court that a settlement in principle was reached, resolving all class claims brought by Plaintiff Alexandria Ilene Kabitzke, as well as all class claims pending in two related state actions, Heredia v. San Ysidro Health, Case No. 37-2020-00046387-CU-OE-CTL and Hernandez v. San Ysidro

1 | <u>Health</u>, Case No. 37-2021-00017369-CU-OE-CTL.  (Doc. No. 7-1 ¶ 5; Doc. No. 8-1 ¶ 13.)
2 | The parties further represented that the present action will be dismissed based on the state
3 | court settlement subsuming this action.  (Doc. No. 7 at 2; Doc. No. 8 at 5.)  To date, the
4 | parties have not filed a joint motion to dismiss the present action.  In light of the foregoing,
5 | the Court orders the parties to file a joint status report updating the Court on the status of
6 | the case by **Monday, April 22, 2024**.
7 | **IT IS SO ORDERED.**
8 | DATED:  April 9, 2024
9 | MARILYN L. HUFF, District Judge
10 | UNITED STATES DISTRICT COURT